

22 Corporate Woods Boulevard, Suite 501 | Albany, NY 12211 | **bsk.com**

**ROBERT F. MANFREDO, ESQ.**
rmanfredo@bsk.com
P: 518.533.3202

June 8, 2020

**VIA ELECTRONIC FILING**

Hon. Andrew T. Baxter
U.S. Magistrate Judge
U.S. District Court, Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, New York  13261-7396

Re:   *John Doe v. Skidmore College*
        *Case No. 1:20-cv-00008 (LEK/ATB)*

Dear Judge Baxter:

As you know, our firm represents Defendant Skidmore College in the above-referenced matter.

On consent of all parties, we respectfully submit a proposed protective order in the above matter.  If the attached meets your approval, we respectfully request the Court "So Order" the proposed Confidentiality and Protective Order.

Thank you for your courtesies and consideration in this matter.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

 s/Robert F. Manfredo
Robert F. Manfredo, Esq.
Bar Roll No. 515487

581060.1 6/8/2020