# THE KAPLAN LAW OFFICE

**SUSAN R. KAPLAN, Ph.D.**
**CHARLES S. CARANICAS**
**ATTORNEYS AT LAW**

| | |
|---|---|
| **30 WALL ST. 8th Fl**<br>**NEW YORK, NEW YORK 10005** | TEL:   (347) 683.2505<br>skaplan@lawkaplan.com<br>caranicas@lawkaplan.com |

December 8, 2020

<u>**VIA ECF**</u>
Hon. Andrew T. Baxter
U.S. Courthouse—Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

      **Re:** *John Doe v Skidmore College, NDNY, 20cv0008*

Dear Judge Baxter:

  We represent Plaintiff in the referenced action.  We are writing to inform the Court that the parties have agreed to mediate.  The parties thereby request that the Court Order the case be put on the ADR track for that purpose.

          Respectfully Submitted,

          */s/ Susan Kaplan*