

22 Corporate Woods Boulevard, Suite 501 | Albany, NY 12211 | **bsk.com**

**ROBERT F. MANFREDO, ESQ.**
rmanfredo@bsk.com
P: 518.533.3202
F: 518.533.3299

January 22, 2021

**VIA ELECTRONIC FILING**

Hon. Andrew T. Baxter
U.S. Magistrate Judge
U.S. District Court, Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, New York  13261-7396

Re:   *John Doe v. Skidmore College*
      Case No. 1:20-cv-00008 (LEK/ATB)

Dear Judge Baxter:

As you know, our firm represents Defendant Skidmore College in the above-referenced matter.  I am writing to request an extension of the remaining deadlines set forth in Your Honor's Pretrial Scheduling Order.

Defendant is in the process of retaining two expert witnesses and completing expert disclosures to respond to Plaintiff's two experts who were disclosed on December 30, 2020.  In addition, both parties are continuing to respond to outstanding paper discovery demands.  Once paper discovery is complete, Defendant intends to depose Plaintiff, Plaintiff's two experts, and possibly 1-2 non-parties whom Plaintiff identified in his initial disclosures.  Defendant expects that Plaintiff will seek to depose at least two representatives of the College.

Accordingly, Defendant requests that the remaining deadlines be extended by an additional thirty (30) days as follows:

|  | **Current Due Date** | **New Due Date** |
|---|---|---|
| Defendant's expert disclosure | 2/17/2021 | 3/19/2021 |
| Rebuttal disclosures | 3/5/2021 | 4/5/2021 |
| Discovery cutoff | 3/31/2021 | 4/30/2021 |
| Substantive motions | 5/17/2021 | 6/16/2021 |

11899827.2 1/22/2021

Attorneys At Law | A Professional Limited Liability Company

Hon. Andrew T. Baxter
January 22, 2021
Page 2

I have conferred with Plaintiff's counsel and she consents to this thirty (30) day extension of the remaining deadlines.

Thank you for your consideration in this matter.

Respectfully submitted,

Very truly yours,

BOND, SCHOENECK & KING, PLLC

 s/Robert F. Manfredo
Robert F. Manfredo, Esq.
Bar Roll No. 515487